Matter of Harge v Leiws (2025 NY Slip Op 05151)

Matter of Harge v Leiws

2025 NY Slip Op 05151

Decided on September 25, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: September 25, 2025

Before: Scarpulla, J.P., Friedman, González, Shulman, Rosado, JJ. 

Index No. 74766/23, 74281/24|Appeal No. 4770, M-4361|Case No. 2025-03075|

[*1]In re Kasey Harge, Petitioner,
v
Hon. Melissa T. Leiws etc., et al., Respondents.

Kasey Harge, petitioner pro se.
Alvin L. Bragg, Jr., District Attorney, New York (Christian Rose of counsel), for Nicolas Rovner, respondent.

The above-named petitioner having presented an application to this Court praying for an order, pursuant to article 78 of the Civil Practice Law and Rules,
Now, upon reading and filing the papers in said proceeding, and due deliberation having been had thereon,
It is unanimously ordered that the application be and the same hereby is denied and the petition dismissed, without costs or disbursements.
M-4361 - Matter of Harge v Lewis
Motion to supplement the record and for related relief, denied.
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: September 25, 2025